# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:    Sergio Luis Guerra Diaz                           Case No.: 22-18640-RAM
                                                            Chapter 13

_____Debtor(s)_____/

## OBJECTION TO CLAIM

### IMPORTANT NOTICE TO CREDITOR:
### THIS IS AN OBJECTION TO YOUR CLAIM

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule
3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

☐    301 North Miami Avenue, Room 150, Miami, FL 33128

☐ Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, Debtor objects to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 4 | Quantum3 Group LLC as agent for Credit Corp Solutions Inc | $2,455.91 |

Basis for Objection and Recommended Disposition

On or about November 28, 2022, Creditor filed a general unsecured proof of claim in the amount of $2,455.91 for an alleged debt with Synchrony Bank account ending in 7003. Although the Debtor has a claim with Synchrony Bank, it is not with this account number and it is for $1.00 and not the amount listed. The Debtor also does not recognize this claim and there has been no documentation attached to the Proof of Claim to assist the Debtor in determining this claim properly, other than the Statement of Account Information provided per Bankruptcy Rule 3001(c)(3)(A). Thus, the Debtor

LF-24 (rev. 12/01/09)                           Page 1 of  2

objects to this claim and thus the claim should be stricken and disallowed in its entirety.

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 2 | Regions Bank | $5,215.85 |

<u>Basis for Objection and Recommended Disposition</u>

On or about November 17, 2022, Creditor filed a general unsecured proof of claim in the amount of $5,215.85 for an alleged loan account ending in 3699. The Debtor did not list this creditor on Schedule F. Further, the Credit Agreement attached by the creditor to the Proof of Claim states that the borrower is Guerra Transportation, Corp. which is a corporation and not the individual debtor. The debtor requests the claim be stricken and disallowed.

WHEREFORE the above-mentioned Debtor, respectfully requests that the Court grant the relief sought herein. *Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading. (See Local Rule 3007-1(C).)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing was sent on <u>June 29, 2023</u> electronically to Nancy K. Neidich, Trustee and mailed via U.S. First-Class Mail, unless otherwise noted, to:

Quantum3 Group LLC /
Credit Corp Solutions Inc.
c/o Adrianne Branca, Auth Agent
PO Box 788
Kirkland, WA 98083-0788

Regions Bank
c/o Kayla McCain, BK Spec.
P.O. Box 10063
Birmingham, AL 35202

Quantum3 Group LLC /
Credit Corp Solutions Inc.
c/o Rui Pinto-Cardoso, CEO
12006 98th Ave NE, Suite 200
Kirkland, Washington 98034-4218

**CERTIFIED MAIL**
Regions Bank
c/o John M Turner, Jr., CEO
1900 5th Ave N
Birmingham, AL 35203

**CERTIFICATE OF ADMISSION**

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:
**JOSE A. BLANCO, P.A.**
By: <u>/s/ Jose A. Blanco</u> |    FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013
Tel. (305) 349-3463

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).