

**ORDERED in the Southern District of Florida on October 31, 2023.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Sergio Luis Guerra Diaz                    Case No.: 22-18640-RAM
                                                  Chapter 13

_____Debtor(s)
_____/

**ORDER SUSTAINING DEBTOR'S OBJECTIONS TO CLAIMS OF QUANTUM3 GROUP LLC AS AGENT FOR CREDIT CORP SOLUTIONS INC AND REGIONS BANK**

   This matter having been considered without hearing upon the Debtor's Objection to Claim[s] of Quantum3 Group LLC as agent for Credit Corp Solutions Inc and Regions Bank [DE #__48__], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

LF-24 (rev. 12/01/09)

**ORDERED** that Debtor's objection to the following claim is sustained:

| **Claim holder** | **Claim No.** |
|---|---|
| Quantum3 Group LLC / as agent for Credit Corp Solutions Inc | 4 |

Disposition: This claim is hereby stricken and disallowed.

| **Claim holder** | **Claim No.** |
|---|---|
| Regions Bank | 2 |

Disposition: This claim is hereby stricken and disallowed.

###

Respectfully Submitted:
Jose A. Blanco | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:     (305) 349-3463
Fax:     (786) 567-5057
E-Mail: jose@blancopa.com

Jose A. Blanco, P.A shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).

LF-24 (rev. 12/01/09)